# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154716(19)

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

SC: 154716
COA: 333566
Wayne CC: 11-005203-FC

KEVIN LAMAR HILL,
 Defendant-Appellant.

_____/

On order of the Chief Justice, the motion of former defense counsel to extend the time for filing a response pursuant to this Court's order of September 12, 2017, is GRANTED. The response will be accepted as timely filed if submitted on or before October 24, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2017



Clerk